Duane M. Swinton, WSBA No. 8354
Shelley N. Ripley, WSBA No. 28901
Daniel J. Gibbons, WSBA No. 33036
Witherspoon • Kelley, PS
422 W. Riverside, Suite 1100
Spokane, WA 99201
Phone: (509) 624-5265; Fax: (509) 458-2717

Attorneys for Bruce P. Kriegman, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | No. 09-06194-PCW11 |
| LLS AMERICA, LLC, | |
| Debtor. | |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointing Chapter 11 Trustee for LLS America, LLC, | Adversary No. 11-80093 |
| Plaintiff, | ACCEPTANCE OF SERVICE |
| v. | |
| PAUL AND DIANE COOPER, et al., | |
| Defendants. | |

THE UNDERSIGNED, Dillon Jackson of Foster Pepper, PLLC, is authorized to, and hereby does, accept and acknowledge service of process on Defendants Paul Cooper, Diane Cooper, David Dill, Kevin Dill, Lillian Dill, Robert Dill, Sr., Tracey

ACCEPTANCE OF SERVICE- 2

WITHERSPOON • KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300         Fax: 509.458.2728

11-80093-FPC    Doc 124    Filed 06/11/12    Entered 06/11/12 18:02:52    Pg 1 of 2

Dill, Robert Dill Jr. and Cheryl Clarke of the Summons and Complaint in the above entitled matter.

This acceptance of service shall be deemed equivalent to personal service upon said Defendants, individually and on behalf of their respective marital communities.

DATED this 25th day of May, 2012.

          *s/ Dillon Jackson*
Dillon E. Jackson, WSBA No. 1539
Terrance J. Keenan, WSBA No. 38295
Attorneys for Defendants

ACCEPTANCE OF SERVICE- 2

WK WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728